# Third District Court of Appeal
## State of Florida

Opinion filed August 21, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1185
Lower Tribunal No. 20-3764
_____

**Homeowners Choice Property & Casualty Insurance Company, Inc.,**
Appellant,

vs.

**Dina Loo, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr, Judge.

Cole, Scott & Kissane, P.A., and Mark D. Tinker and Brandon J. Tyler (Tampa), for appellant.

The Nation Law Firm, Mark A. Nation and Paul W. Pritchard (Longwood), for appellees.

Before EMAS, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>People's Tr. Ins. Co. v. Armenteros</u>, 49 Fla. L. Weekly D932 (Fla. 3d DCA May 1, 2024); <u>Citizens Prop. Ins. Corp. v. Rodriguez</u>, 49 Fla. L. Weekly D593 (Fla. 3d DCA March 13, 2024); <u>Tower Hill Prime Ins. Co. v. Bermudez</u>, 388 So. 3d 165 (Fla. 3d DCA 2023).

.